PATTERSON V. TDPS

 NO. 07-02-0008-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

MARCH 18, 2002

______________________________

IN THE MATTER OF THE MARRIAGE OF

 BRANDY S. CAVAZOS AND ROLANDO CAVAZOS 

AND IN THE INTEREST OF K.S.C.AND M.S.C, CHILDREN

_________________________________

FROM THE 110
th
 DISTRICT COURT OF DICKENS COUNTY;

NO. 4172; HON. JOHN R. HOLLUMS, PRESIDING

_______________________________

DISMISSAL

_______________________________

Before BOYD, C.J., and QUINN and REAVIS, JJ.

Rolando Cavazos (Rolando) appellant, filed his notice of appeal on January 3, 2002. Accompanying the notice was neither a filing fee of $125.00 or proof of his status as a pauper.  Consequently, this Court issued a letter, dated January 7, 2002 informing  Rolando of the defect and that the failure to cure same within ten days could result in the dismissal of the appeal.  So too was he told of his need to file a docketing statement within the same time period.   The court has not received the filing fee mentioned above, proof enabling Rolando to continue his appeal as an indigent (as authorized by the Texas Rules of Appellate Procedure), or the docketing statement.    

Accordingly, we dismiss the appeal pursuant to Texas Rule of Appellate Procedure 42.3 (c) due to appellant’s failure to pay the filing fee and provide a docketing statement as previously directed by this Court.

Per Curiam

Do not publish.